born Children for leave to file a brief as *amicus curiae* denied. Motion of James Joseph Lynch, Jr., for leave to file a brief as *amicus curiae* denied.

No. 88–870.   LONGO ET AL. *v.* UNITED STATES ET AL.   C. A. 2d Cir.   [Certiorari granted, 489 U. S. 1064.]   Motion of petitioners for leave to file a reply brief out of time granted.

No. 88–931.   CRANDON ET AL. *v.* UNITED STATES; and
No. 88–938.   BOEING CO., INC. *v.* UNITED STATES.   C. A. 4th Cir.   [Certiorari granted, 490 U. S. 1003.]   Motion of petitioners for divided argument granted.

No. 88–1125.   HODGSON ET AL. *v.* MINNESOTA ET AL.   C. A. 8th Cir.   [Certiorari granted, 492 U. S. 917.]   Motion of Alan Ernest for leave to represent children unborn and born alive denied. Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied.

No. 88–1400.   FRANCHISE TAX BOARD OF CALIFORNIA ET AL. *v.* ALCAN ALUMINIUM LTD. ET AL.   C. A. 7th Cir.   [Certiorari granted, 490 U. S. 1019.]   Motion of respondents for divided argument denied.

No. 88–1474.   UNITED STATES *v.* GOODYEAR TIRE & RUBBER CO. ET AL.   C. A. Fed. Cir.   [Certiorari granted, 490 U. S. 1045.]   Motion of Vulcan Materials Co. for leave to file a brief as *amicus curiae* granted.

No. 88–1775.   PEEL *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS.   Sup. Ct. Ill.   [Certiorari granted, 492 U. S. 917.]   Motions for leave to file briefs as *amici curiae* filed by the following are granted: Academy of Certified Trial Lawyers of Minnesota, American Advertising Federation, Inc., Public Citizen, Association of Trial Lawyers of America et al., Association of National Advertisers, Inc., and Washington Legal Foundation et al.

No. 88–1958.   SUPREME BEEF PROCESSORS, INC. *v.* YAQUINTO, TRUSTEE FOR CARAVAN REFRIGERATED CARGO, INC. C. A. 5th Cir.;
No. 88–2009.   RICHARDSON ET AL. *v.* UNITED STEELWORKERS OF AMERICA.   C. A. 5th Cir.;
No. 88–2041.   SISSON *v.* RUBY ET AL.   C. A. 7th Cir.;

No. 88–2062. COTTON v. BABCOCK, DIRECTOR, MICHIGAN DEPARTMENT OF SOCIAL SERVICES. C. A. 6th Cir.;

No. 88–2109. KANSAS ET AL. v. KANSAS POWER & LIGHT CO. ET AL. C. A. 10th Cir.;

No. 88–2117. INCOME SECURITY CORP., INC., ET AL. v. LOUISIANA OILFIELD CONTRACTORS ASSN., INC., ET AL. C. A. 5th Cir.;

No. 89–46. WOOD ET AL. v. GENERAL MOTORS CORP. C. A. 1st Cir.;

No. 89–56. ALLEVATO, PERSONAL REPRESENTATIVE OF THE ESTATE OF FERRANTINO, ET AL. v. COUNTY OF OAKLAND ET AL. C. A. 6th Cir.;

No. 89–79. CITY OF DETROIT v. COUNTY OF OAKLAND ET AL. C. A. 6th Cir.; and

No. 89–101. YOUNG, MAYOR OF THE CITY OF DETROIT v. COUNTY OF OAKLAND ET AL. C. A. 6th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 88–6075. JAMES v. ILLINOIS. Sup. Ct. Ill. [Certiorari granted, 489 U. S. 1010.] Motion of petitioner for leave to file a reply brief out of time granted.

No. 88–7146. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS v. ARKANSAS ET AL. Sup. Ct. Ark. [Certiorari granted, 492 U. S. 917.] Motion for appointment of counsel granted, and it is ordered that Arthur L. Allen, Esq., of Little Rock, Ark., be appointed to serve as counsel for petitioner in this case.

No. 88–7309. NOLLSCH v. WYOMING. Sup. Ct. Wyo.; and

No. 88–7487. STENGEL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 23, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.